**Hong XUN, Petitioner–Appellant,**

v.

**Daniel VASQUEZ, Respondent–Appellee.**

**No. 92–16943.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 17, 1994.

Decided March 20, 1995.

Before: ALARCÓN and HALL, Circuit Judges, and KING *, District Judge.

ORDER

Appellant's unopposed motion to dismiss this appeal is hereby granted. This appeal is DISMISSED. Each party shall bear its own costs.

---

* The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.